On June 4, 2024, they used the Bitcoin address
bc1q06sy8sld9l4q0khkj8q05v9gcwnj4w8u56rvjq  to collect the Genesis fees (Athena USA).



On June 4, 2023 ( one year ago ) , they used the Bitcoin address
bc1qp5z849ra3yxhe2marqlwnxuefuyaphr0ast3fg to collect the Genesis fees (Athena USA)



On June 4, 2024 , they used the Bitcoin address bc1qp5z849ra3yxhe2marqlwnxuefuyaphr0ast3fg to collect the Genesis fees (Chivo SV)



On June 4, 2023 ( one year ago ) , they used the Bitcoin address bc1qp5z849ra3yxhe2marqlwnxuefuyaphr0ast3fg to collect the Genesis fees (Chivo SV)



Genesis (Entropy) sent all these transactions without authorization to the address they had previously used for fees. Total 9.5 BTC





We can see the relation between the address bc1qp5z849ra3yxhe2marqlwnxuefuyaphr0ast3fg and bc1q06sy8sld9l4q0khkj8q05v9gcwnj4w8u56rvjq

In this transaction, they are taking the Athena USA and Chivo El Salvador fee fee from our Athena USA wallet.



Genesis tried to take funds from the Chivo Wallet system of the El Salvador government.



The majority of the BTC were purchased from our provider Stillman and sent to our address   bc1qzuwht37vd4gkqrvgnxrcuyp27cfze73f0f7zm9  , as you can see in the images



The Bitcoins was moved from our address bc1qzuwht37vd4gkqrvgnxrcuyp27cfze73f0f7zm9 to the Genesis address bc1qp5z849ra3yxhe2marqlwnxuefuyaphr0ast3fg

