**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Athena Bitcoin, Inc.**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-5985 |
| | ) | |
| **Genesis Coin, Inc.**, **Bitcoin ATM, LLC**, | ) | |
| **ATM OPS, Inc.**, **Kiosk Distributors, Inc.**, | ) | Hon. LaShonda A. Hunt |
| **Andrew C. Barnard**, **Douglas O. Carrillo**, | ) | |
| and **Neil Hernandez**, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Athena Bitcoin, Inc. ("Plaintiff"), and Genesis Coin, Inc., ATM OPS, Inc., Kiosk Distributors, Inc., Andrew C. Barnard, Douglas O. Carrillo, and Neil Hernandez (collectively, "Defendants"), have filed a Stipulation of Dismissal With Prejudice signed by all parties who have appeared in this action dismissing all claims and counterclaims with prejudice because they have reached a confidential settlement agreement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of Dismissal, this action will be dismissed with prejudice, with each Party to bear their own attorney's fees and costs.

**DATED: September 13, 2024**

**ENTERED:**

LaShonda A. Hunt
United States District Judge